

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR.,<br>                              Plaintiff,<br><br>-V-<br><br>SOCIETE GENERALE, DANIEL BOUTON and ROBERT A. DAY,<br>                              Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 2495 (GEL) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 17th day of March, 2008

I served the

Summons & Class Action Complaint For Violation Of The Federal Securities Laws

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 12th day of March, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8277 9546 3210**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# FedEx Express International Air Waybill

FedEx Tracking Number: 8277 9546 3210  Form I.D. No. 040

**1 From**

- Date / Sender's FedEx Account Number: [illegible]
- Sender's Name: [illegible] Brown  Phone: 314-xxx-1117
- Company: [illegible]
- Address: 150 E. [illegible] Street
- City: New York  State/Province: NY
- Country: United States  ZIP/Postal Code: [illegible]

**2 Your Internal Billing Reference:** [illegible]

**3 To**

- Recipient's Name: Anne Bouton  Phone: [illegible]
- Company: La Société [illegible]
- Address: 31 Boulevard Haussmann  Dept./Floor: [illegible]
- City: Paris  State/Province: [illegible]
- Country: France  ZIP/Postal Code: [illegible]

**4 Shipment Information**

Total Packages / Total Weight / DIM: L / W / H

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|

**5 Express Package Service**

- [ ] 1 FedEx Intl. Priority
- [ ] 6 FedEx Intl. First
- [ ] 3 FedEx Intl. Economy
- [ ] 7 FedEx Intl. Extra Hours

**6 Packaging**

- [ ] FedEx Envelope
- [x] 2 FedEx Pak
- [ ] 1 Other Pkg.
- [ ] PW FedEx 10kg Box
- [ ] PX FedEx 25kg Box

**7 Special Handling**

- [ ] 1 HOLD at FedEx Location
- [ ] 3 SATURDAY Delivery
- [ ] This shipment does not contain Dangerous Goods.

**8a Payment** Bill transportation charges to:

- [x] 1 Sender  [ ] 2 Recipient  [ ] 3 Third Party  [ ] 4 Credit Card  [ ] 5 Cash/Check/Cheque

**8b Payment** Bill duties and taxes to:

- [x] 1 Sender  [ ] 2 Recipient  [ ] 3 Third Party

**9 Required Signature**

Sender's Signature: [signature] chan    Date Executed: 3/[illegible]

FedEx Tracking Number: 8277 9546 3210  04