UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Barket

                     Plaintiff,                           08 CIVIL 2495 ( )

            -against-

Societe Generale, et al.
                   Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Elizabeth A. Berney__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __1265511__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: __150 East 52nd St. 30th Fl. NY, NY 10022__
☒ Telephone Number: __212-838-7797__
☒ Fax Number: __212-838-7745__
☒ E-Mail Address: __eberney@cmht.com__

Dated: __3/25/08__