ABC PROCESS SERVICE, INC.
Attorney:
COHEN MILSTEIN HAUSFELD & TOLL,
P.L.L.C.
Index No. 08CV2495
Date Filed 3/12/08
Office No. CMHT011121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP J. BARKET, JR.                                    (PLAINTIFF)

against

(DEFENDANT)

SOCIETE GENERALE, ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:

ROBERT CRANDALL  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 14      day of March          2008 at 4:26  PM , at

1221 AVENUE OF THE AMERICAS;NY, NY 10020
he served the annexed  SUMMONS IN A CIVIL ACTION, & COMPLAINT FOR VIOLATION OF
THE FEDERAL SECURITIES LAWS, DEMAND FOR JURY TRIAL. upon SOCIETE
GENERALE, in this action, by delivering to and leaving with said MR. QUINCY
JONES, AUTHORIZED TO ACCEPT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color BLACK,  Hair BLACK, app.age 35 YRS, app.ht 6', app.wt 180
LBS
MUSTACHE

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION, &
COMPLAINT.FOR VIOLATION OF THE FEDERAL SECURITIES LAWS, DEMAND FOR JURY TRIAL.

SWORN to before me this 19
day of March  2008

ROBERT CRANDALL
License No.:   0955171       :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4688271
Qualified in New York County
Commission Expires Feb 2, 2011