| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ABC PROCESS SERVING BUREAU, INC.<br>225 BROADWAY, SUITE 2410<br>NEW YORK, NY 10007<br>Telephone No: 212 732-6490   FAX No: 212 267-2843 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court - Southern District Of New York | |

Plaintiff: Phillip J. Barkett, Jr.
Defendant: Societe Generale, et al.

| AFFIDAVIT OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV2495 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS, DEMAND FOR JURY TRIAL,

3. a. Party served:    ROBERT A. DAY

4. Address where the party was served:   865 S. FIGUEROA
                                          LOS ANGELES, CA

5. I served the party:
   b. by substituted service. On: Mon., Mar. 24, 2008 at: 2:03PM by leaving the copies with or in the presence of:
   QUIDA THORNTON, Co-worker, Black, Female, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 8 Inches, 230 Pounds
   (1) (Business) Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant
   Mailed on 03/25/08

7. Person Who Served Papers:
   a. LUIS ARELLANO

   www.kernlegal.com
   KERN LEGAL SERVICES
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   Professional Legal Services and Photocopying at an affordable price!

   Fee for Service:   $69.50
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   3-26-08
   (Date)          (Signature)

MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09
                       (Date)

AFFIDAVIT OF SERVICE
SUMMONS                                        (Notary Public)

1138.78517

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE 3/25/08 |
| NAME OF SERVER (PRINT) Luis Arellano || TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
Quida Thornton, Executive Assistant

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-26-08              [signature]
                Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: ABC PROCESS SERVING BUREAU, INC. 225 BROADWAY, SUITE 2410 NEW YORK, NY 10007 | | For Court Use Only |
|---|---|---|
| Telephone No: 212 732-6490    FAX: No: 212 267-2843 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | |
| Plaintiff: BARKETT | | |
| Defendant: DAY | | |

| **DUE DILIGENCE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV2495 |
|---|---|---|---|---|

1. I, LUIS ARELLANO, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ROBERT A. DAY as follows:

2. Documents:   SUMMONS; IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS, DEMAND FOR JURY TRIAL,.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 03/19/08 | 3:19pm | Business | SUBJECT WAS NOT IN OFFICE. Attempt made by: LUIS ARELLANO. Attempt at: 865 S. FIGUEROA   LOS ANGELES CA.. |
| Thu | 03/20/08 | 1:02pm | Business | SUBJECT WAS NOT IN OFFICE. Attempt made by: LUIS ARELLANO. Attempt at: 865 S. FIGUEROA   LOS ANGELES CA.. |
| Fri | 03/21/08 | 8:24am | Business | SUBJECT WAS NOT IN OFFICE. Attempt made by: LUIS ARELLANO. Attempt at: 865 S. FIGUEROA   LOS ANGELES CA.. |



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC ● CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

3. Person Executing
   a. LUIS ARELLANO
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was: $69.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

3-26-08
(Date)                                (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  12-3-09

Date: Tue, Mar. 25, 2008                **DUE DILIGENCE**                (Notary)                1138.78517