UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| PHILLIP BARKETT, JR., Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, | ) ) ) ) |
| Defendants. | ) |

**08-CV-2495 (GEL) (DF)**

_____

**NOTICE OF MOTION AND MOTION OF PROPOSED LEAD PLAINTIFF HAROLD OBERKOTTER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| CITY OF TAYLOR EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,<br><br>                Defendants. | **08-CV-2752 (GEL) (DF)** |
| HAROLD OBERKOTTER, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,<br><br>                Defendants. | **08-CV-2901 (GEL) (DF)** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion of Proposed Lead Plaintiff Harold Oberkotter for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Declaration submitted in support thereof and such other evidence as the Court may consider, Harold Oberkotter moves the Court, pursuant to Fed. R. Civ. P. 42(a) and Section 21D(a)(3)(B) of the Securities Exchange Act of

1934 for an order: (i) consolidating the above captioned actions; (ii) appointing him as Lead Plaintiff for the claims asserted; and (iii) approving his choice of Weiss & Lurie as Lead Counsel.

Dated: May 12, 2008

Respectfully submitted,

**WEISS & LURIE**

By: /s/ Joseph H. Weiss
Joseph H. Weiss  (JW-4534)
Mark D. Smilow (MS-2809)
Joshua M. Rubin (JR-5168)
551 Fifth Avenue
New York, New York 10176
(212) 682-3025
(212) 682-3010 (Fax)

**Attorneys for Plaintiff Harold Oberkotter**