KIRBY McINERNEY LLP
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

*Attorneys for Movant, Police and Fire Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. <br> 08 CIV 2495 |
| HAROLD OBERKOTTER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, <br><br> Defendants. | No. 08 CIV 2901 |

**NOTICE OF MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| CITY OF TAYLOR EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br>  v.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,<br><br>              Defendants. | No. 08 CIV 2752 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, The Police and Fire Retirement System of the City of Detroit ("PFRS") hereby moves this Court before The Honorable Gerard E. Lynch, Courtroom 6B, United States Courthouse, 500 Pearl Street, New York, NY 10007, under Fed R. Civ. P. 42 and §21(D) et seq. of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order (i) consolidating the above-captioned related actions, (ii) appointing PFRS as Lead Plaintiff; and (iii) approving Lead Plaintiff's selection of Kirby McInerney LLP as Plaintiff's Lead Counsel for the Class.

This motion is brought pursuant to the Securities Exchange Act of 1934 as amended by the PSLRA.

This motion is made on the ground that good cause exists for the granting of the Order sought. This motion is based on this notice, the accompanying memorandum of laws, Affidavit of Ira M. Press, and the Court's complete files and records in the above-captioned actions, as well as such further argument as the Court may allow at the hearing on this motion.

Dated:   May 12, 2008

                              Respectfully submitted,

                              **KIRBY McINERNEY LLP**

By:   _/s/ Ira Press_
                              Ira M. Press (IP 5313)
                              Peter S. Linden (PL 8945)
                              830 Third Avenue, 10th Floor
                              New York, NY  10022
                              Tel: (212) 371-6600

                              *Proposed Lead Counsel*