UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR., <br><br> Plaintiff, <br><br> -against- <br><br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. 1:08-CV-2495 (GEL) |
| CITY OF TAYLOR EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOCIÉTÉ GÉNÉRALE GROUP, DANIEL BOUTON and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. 1:08-CV-2752 (GEL) |
| HAROLD OBERKOTTER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. 1:08-CV-2901 (GEL) |

**NOTICE OF MOTION OF THE NEW JERSEY CARPENTERS ANNUITY AND PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

PLEASE TAKE NOTICE that the New Jersey Carpenters Annuity and Pension Funds ("Movant") by their counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York for an Order: (i) consolidating the above-captioned actions; (ii) appointing the New Jersey Carpenters Annuity and Pension Funds as Lead Plaintiff; (iii) approving the New Jersey Carpenters Annuity and Pension Funds' selection of the law firms of Milberg LLP and Gardy & Notis, LLP to serve as Co-Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Kent A. Bronson, dated May 12, 2008.

Dated: May 12, 2008

Respectfully submitted,

**MILBERG LLP**

By: /s/ Kent A. Bronson
Kent A. Bronson
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone:   (212) 594-5300
Facsimile:    (212) 868-1229
kbronson@milberg.com

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Telephone:   (201) 567-7377
Facsimile:    (201) 567-7337
mgardy@gardylaw.com
jnotis@gardylaw.com
*Proposed Co-Lead Counsel for the Class*

**KROLL HEINEMAN, LLC**
Albert G. Kroll
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Telephone:    (732) 491-2100
Facsimile:    (732) 491-2120
akroll@krollfirm.com

*Counsel for Movant New Jersey Carpenters
Annuity and Pension Funds*

## CERTIFICATE OF SERVICE

I, Kent A. Bronson, a member of the law firm Milberg LLP, hereby certify that I caused a true and correct copy of the following documents to be served with the Clerk of the Court using the CM/ECF system, which will send notifications of filing to the CM/ECF participants listed on the attached Service List, and caused all counsel listed on the Service List to be served by regular U.S. Mail on this 12th day of May 2008:

1. NOTICE OF MOTION OF THE NEW JERSEY CARPENTERS ANNUITY AND PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL;

2. [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL;

3. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE NEW JERSEY CARPENTERS ANNUITY AND PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL; AND

4. DECLARATION OF KENT A. BRONSON IN SUPPORT OF THE MOTION OF THE NEW JERSEY CARPENTERS ANNUITY AND PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL.

_s/ Kent A. Bronson_
Kent A. Bronson

*Société Générale*

<u>**SERVICE LIST**</u>

| **<u>Counsel for Plaintiffs:</u>** | |
|---|---|
| Elizabeth A. Berney<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, P.L.L.C.<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>Email: eberney@cmht.com | Steven J. Toll<br>Daniel S. Sommers<br>Matthew K. Handley<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: stoll@cmht.com<br>       dsommers@cmht.com<br>       mhandley@cmht.com |
| Samuel H. Rudman<br>COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173<br>Email: SRudman@csgrr.com | Darren J. Robbins<br>Matthew P. Montgomery<br>COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>Email: darrenr@csgrr.com<br>       mattm@csgrr.com |
| Joseph H. Weiss<br>James E. Tullman<br>Richard A. Acocelli<br>WEISS & LURIE<br>551 Fifth Avenue<br>New York, NY 10176<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010<br>Email: jweiss@weisslurie.com<br>       jtullman@weisslurie.com<br>       racocelli@weisslurie.com | Jules Brody<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>Email: ssbny@aol.com |

| ***Counsel for Defendants:*** | |
|---|---|
| **SOCIÉTÉ GÉNÉRALE**<br>Legal Department<br>1221 Avenue of the Americas<br>New York, NY  10020 | Daniel Bouton<br>Robert A. Day<br>**c/o SOCIETE GENERALE**<br>Legal Department<br>1221 Avenue of the Americas<br>New York, NY  10020 |