UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR., | Civil Action No. 1:08-cv-02495-GEL |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SOCIÈTÈ GÈNÈRALE, et al., | |
| Defendants. | |
| CITY OF TAYLOR EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-02752-GEL CLASS ACTION |
| Plaintiff, | |
| vs. | |
| SOCIÈTÈ GÈNÈRALE GROUP, et al., | |
| Defendants. | |
| HAROLD OBERKOTTER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-02901-GEL |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SOCIÈTÈ GÈNÈRALE, et al., | |
| Defendants. | |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Vermont Pension Investment Committee, Boilermaker-Blacksmith National Pension Fund, United Food and Commercial Workers Union-Employer Pension Fund and United Food and Commercial Workers Union Local 880 - Retail Food Employers Joint Pension Fund (collectively, the "Institutional Investor Group"), will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Institutional Investor Group as Lead Plaintiff; (iii) approving the Institutional Investor Group's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Institutional Investor Group submits herewith a Memorandum of Law and Declaration of Samuel H. Rudman dated May 12, 2008.

DATED:  May 12, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


/s/ *Samuel H. Rudman*
SAMUEL H. RUDMAN

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
PATRICK W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423

- 2 -

        COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
        RANDI D. BANDMAN
        52 Duane Street, 7th Floor
        New York, NY 10007
        Telephone: 212/693-1058
        212/693-7423 (fax)

        [Proposed] Lead Counsel for Plaintiffs

I:\Societe Generale\LP Motion\LP Motion.doc

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on May 12, 2008, I caused a true and correct copy of the attached:

Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

Memorandum In Support Of The Institutional Investor Group For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

Declaration Of Samuel H. Rudman In Support Of The Motion Of The Institutional Investor Group For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

SOCIETE GENERALE

Service List - 5/8/2008    (08-0049)

Page 1 of 1

**Counsel For Defendant(s)**

Joseph Serino, Jr.
Mark Holscher
Kirkland & Ellis LLP
Citicorp Center, 153 East 53rd Street
New York, NY  10022-4675
　212/446-4800
　212/446-4900 (Fax)

Scott D. Musoff
Joseph A. Matteo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
　212/735-3000
　212/735-2000 (Fax)

**Counsel For Plaintiff(s)**

Elizabeth A. Berney
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
　212/838-7797
　212/838-7745 (Fax)

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
　202/408-4600
　202/408-4699 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
　631/367-7100
　631/367-1173 (Fax)

Jules Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
　212/687-7230
　212/490-2022 (Fax)

Joseph H. Weiss
James E. Tullman
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY  10176
　212/682-3025
　212/682-3010 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PHILLIP J. BARKETT, JR.,      : Civil Action No. 1:08-cv-02495-GEL
                              :
        Plaintiff,          : CLASS ACTION
                              :
    vs.                       :
                              :
SOCIÈTÈ GÈNÈRALE, et al.,     :
                              :
        Defendants.         :
---------------------------------------------------------------
CITY OF TAYLOR EMPLOYEES      : Civil Action No. 1:08-cv-02752-GEL
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
                              :
        Plaintiff,          :
                              :
    vs.                       :
                              :
SOCIÈTÈ GÈNÈRALE GROUP, et al., :
                              :
        Defendants.         :
---------------------------------------------------------------
HAROLD OBERKOTTER, Individually and : Civil Action No. 1:08-cv-02901-GEL
on Behalf of All Others Similarly Situated, :
                              : CLASS ACTION
        Plaintiff,          :
                              :
    vs.                       :
                              :
SOCIÈTÈ GÈNÈRALE, et al.,     :
                              :
        Defendants.         :
---------------------------------------------------------------x

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Vermont Pension Investment Committee, Boilermaker-Blacksmith National Pension Fund, United Food and Commercial Workers Union-Employer Pension Fund and United Food and Commercial Workers Union Local 880 - Retail Food Employers Joint Pension Fund (collectively, the "Institutional Investor Group") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Samuel H. Rudman, in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. The Institutional Investor Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

I:\Societe Generale\LP Motion\LP Order.doc