UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR., <br><br> Plaintiff, <br><br> -against- <br><br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. 1:08-CV-2495 (GEL) |
| CITY OF TAYLOR EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOCIÉTÉ GÉNÉRALE GROUP, DANIEL BOUTON and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. 1:08-CV-2752 (GEL) |
| HAROLD OBERKOTTER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY, <br><br> Defendants. | Civil Action No. 1:08-CV-2901 (GEL) |

**DECLARATION OF KENT A. BRONSON
IN SUPPORT OF THE MOTION OF THE NEW JERSEY BUILDING CARPENTERS
ANNUITY AND PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL.**

I, Kent Bronson, under penalties of perjury, hereby declare:

1. I am a member of Milberg LLP. I submit this declaration in support of the Notice of Motion of the New Jersey Carpenters Annuity and Pension Funds for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the PSLRA certification of the New Jersey Carpenters Annuity and Pension Funds.

3. Attached hereto as Exhibit B is a chart analyzing the New Jersey Carpenters Annuity and Pension Funds' financial interest in the litigation.

4. Attached hereto as Exhibit C is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on March 12, 2008.

5. Attached hereto as Exhibit D is the firm résumé of Milberg LLP

6. Attached hereto as Exhibit E is the firm résumé of Gardy & Notis, LLP.

Dated: May 12, 2008

Respectfully submitted,

**MILBERG LLP**

By: /s/ Kent A. Bronson
Kent A. Bronson
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone:   (212) 594-5300
Facsimile:    (212) 868-1229
kbronson@milberg.com

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Telephone:   (201) 567-7377
Facsimile:    (201) 567-7337
mgardy@gardylaw.com
jnotis@gardylaw.com
*Proposed Co-Lead Counsel for the Class*

**KROLL HEINEMAN, LLC**
Albert G. Kroll
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Telephone:      (732) 491-2100
Facsimile:       (732) 491-2120
akroll@krollfirm.com

*Counsel for Movant New Jersey Carpenters*
*Annuity and Pension Funds*