Joseph Serino, Jr. (JS-9911)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR.<br><br>Plaintiff,<br><br>vs.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON and ROBERT A. DAY,<br><br>Defendants. | Case No.:   08 CV 02495 (GEL)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Joseph Serino, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Mark C. Holscher
> Kirkland & Ellis LLP,
> 777 Figueroa Street
> Los Angeles, CA 90017-5800
> Tel: (213) 680-8400
> Fax: (213) 680-8500

Mark C. Holscher is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mark C. Holscher in any State or Federal court.

Dated: June 23, 2008

New York, New York

                                                                                    _/s/ Joseph Serino Jr._

                                          Joseph Serino, Jr. (JS-9911)

                                          KIRKLAND & ELLIS LLP
                                          Citigroup Center
                                          153 East 53rd Street
                                          New York, New York  10022-4611
                                          Telephone:     (212) 446-4800
                                          Facsimile:      (212) 446-4900

                                          Attorney for Defendant Robert A. Day

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR.<br><br>    Plaintiff,<br><br>vs.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON and ROBERT A. DAY,<br><br>    Defendants. | Case No.: 08 CV 02495 (GEL)<br><br>**DECLARATION OF JOSEPH SERINO, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Joseph Serino, Jr. declares as follows:

1. I am Joseph Serino, Jr., a member of Kirkland & Ellis LLP and counsel for Defendant Robert A. Day ("Defendant") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Mark C. Holscher as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the New York, and was admitted to practice law in March 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark C. Holscher since May 2007.

4. Mr. Holscher is an attorney at Kirkland & Ellis LLP, 777 Figueroa Street, Los Angeles, CA 90017-5800.

5. I have found Mr. Holscher to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark C. Holscher *pro hac vice*.

7. I respectfully submit a proposed order gaining the admission of Mark C. Holscher, *pro hac vice*, which is attached hereto as Exhibit A.

8. I respectfully submit Mark C. Holscher's certificate of good standing from the State Bar of California, which is attached hereto as Exhibit B.

2

WHEREFORE it is respectfully requested that the motion to admit Mark C. Holscher, *pro hac vice*, to represent Defendant Robert A. Day in the above captioned matters, be granted.

Dated: June 23, 2008
New York, New York

                                  Respectfully submitted,

                                  _____
                                  Joseph Serino, Jr. (JS-9911)

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, true and correct copies of (1) Notice of Motion to Admit Counsel *Pro Hac Vice*; and (2) Declaration of Joseph Serino, Jr. in Support of Motion to Admit Counsel *Pro Hac Vice* and supporting exhibits were served by first class mail on:

Elizabeth A. Berney
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
*Counsel for Phillip J. Barkett*

Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176
*Counsel for Harold Oberkotter*

David A. Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for City of Taylor Employees Retirement System*

Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036
*Counsel for Defendant Société Générale*

Daniel Bouton
c/o Société Générale
29 Boulevard Haussmann
75009 Paris
France 75009

Joseph Serino, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR.<br><br>                    Plaintiff,<br><br>vs.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON and ROBERT A. DAY,<br><br>                    Defendants. | Case No.:   08 CV 02495 (GEL)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

      Upon the motion of Joseph Serino, Jr. attorney for Robert A. Day and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

            Mark C. Holscher

            Kirkland & Ellis LLP

            777 Figueroa Street

            Los Angeles, CA 90017-5800

            Tel: (213) 680-8400

            Fax: (213) 680-8500

            Email: mholscher@kirkland.com

is admitted to practice *pro hac vice* as counsel for Robert A. Day in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York

_____<br>
United States District Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK CHARLES HOLSCHER, #139582 was admitted to the practice of law in this state by the Supreme Court of California on May 31, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration