

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP J. BARKETT, JR.

        Plaintiff,

vs.

SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON and ROBERT A. DAY,

        Defendants.

---

Case No.:    08 CV 02495 (GEL)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Joseph Serino, Jr. attorney for Robert A. Day and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

> Mark C. Holscher
>
> Kirkland & Ellis LLP
>
> 777 Figueroa Street
>
> Los Angeles, CA 90017-5800
>
> Tel: (213) 680-8400
>
> Fax: (213) 680-8500
>
> Email: mholscher@kirkland.com

is admitted to practice *pro hac vice* as counsel for Robert A. Day in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York
June 26, 2008

                                                            _____
                                                         United States District Judge