UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re SOCIÉTÉ GÉNÉRALE SECURITIES LITIGATION | : : : : | Civil Action No. 08 Civ. 2495 (GEL) **ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

Please enter my appearance as counsel for Plaintiff City of Taylor General Employees Retirement System and [proposed] Lead Plaintiffs Institutional Investors Vermont Pension Investment Committee, Boilermaker-Blacksmith National Pension Fund, United Food and Commercial Workers Union-Employer Pension Fund and United Food and Commercial Workers Union Local 880 - Retail Food Employers Joint Pension Fund (collectively, the "Institutional Investor Group") in this action.

I certify that I am admitted to practice in this Court.

DATED: June 30, 2008                    COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP

                                        */s/ David A. Rosenfeld*
                                        DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        Telephone: 631/367-7100
                                        631/367-1173 (fax)
                                        Email: DRosenfeld@csgrr.com

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on June 30, 2008, I caused a true and correct copy of the attached Notice Of Appearance to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

   /s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

SOCIETE GENERALE

Service List - 5/30/2008    (08-0049)

Page 1 of 2

### Counsel For Defendant(s)

Joseph Serino, Jr.  
Mark Holscher  
Kirkland & Ellis LLP  
Citicorp Center, 153 East 53rd Street  
New York, NY 10022-4675  
   212/446-4800  
   212/446-4900 (Fax)

Scott D. Musoff  
Joseph A. Matteo  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036  
   212/735-3000  
   212/735-2000 (Fax)

### Counsel For Plaintiff(s)

Elizabeth A. Berney  
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.  
150 East 52nd Street, 13th Floor  
New York, NY 10022  
   212/838-7797  
   212/838-7745 (Fax)

Steven J. Toll  
Daniel S. Sommers  
Matthew K. Handley  
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.  
1100 New York Ave., N.W., Suite 500  
Washington, DC 20005-3964  
   202/408-4600  
   202/408-4699 (Fax)

Samuel H. Rudman  
David A. Rosenfeld  
Mario Alba, Jr.  
Coughlin Stoia Geller Rudman & Robbins LLP  
58 South Service Road, Suite 200  
Melville, NY 11747  
   631/367-7100  
   631/367-1173 (Fax)

Mark C. Gardy  
James S. Notis  
Gardy & Notis, LLP  
440 Sylvan Avenue, Suite 110  
Englewood Cliffs, NJ 07632  
   201/567-7377  
   201/567-7337 (Fax)

Kent Bronson  
Milberg LLP  
One Pennsylvania Plaza  
New York, NY 10119  
   212/594-5300  
   212/868-1229 (Fax)

Jules Brody  
Stull, Stull & Brody  
6 East 45th Street, 4th Floor  
New York, NY 10017  
   212/687-7230  
   212/490-2022 (Fax)

SOCIETE GENERALE

Service List - 5/30/2008    (08-0049)

Page 2 of 2

Joseph H. Weiss
James E. Tullman
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY  10176
   212/682-3025
   212/682-3010 (Fax)