UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SOCIÉTÉ GÉNÉRALE SECURITIES LITIGATION | : Civil Action No. 1:08-cv-02495-GEL |
| | : **ELECTRONICALLY FILED** |
| This Document Relates To: | : |
| ALL ACTIONS. | : |

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

Please enter my appearance as counsel for Plaintiff City of Taylor General Employees Retirement System and [proposed] Lead Plaintiffs Vermont Pension Investment Committee, Boilermaker-Blacksmith National Pension Fund, United Food and Commercial Workers Union-Employer Pension Fund, and United Food and Commercial Workers Union Local 880 – Retail Food Employers Join Pension Fund (collectively, the "Institutional Investor Group") in this action.

I certify that I am admitted to practice in this Court.

DATED: July 7, 2008            COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP

                                /s/ Randi D. Bandman
                                RANDI D. BANDMAN

                                52 Duane Street, 7th Floor
                                New York, NY  10007
                                Telephone:  212/693-1058
                                212/693-7423 (fax)
                                Email: Randib@csgrr.com

                                *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 7, 2008.

s/Randi D. Bandman
RANDI D. BANDMAN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
52 Duane Street, 7th Floor
New York, NY 10007
Telephone: 212/693-1058
212/693-2473 (fax)

E-mail: randib@csgrr.com

# Mailing Information for a Case 1:08-cv-02495-GEL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Ann Berney**
  eberney@cmht.com,tgraham@cmht.com

- **Kent Andrew Bronson**
  kbronson@milberg.com

- **Robert Samuel Cohen**
  rcohen@kirkland.com,kenymanagingclerk@kirkland.com

- **Ira M. Press**
  ipress@kmllp.com

- **David Avi Rosenfeld**
  e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Joseph Serino , JR**
  jserino@kirkland.com,kenymanagingclerk@kirkland.com

- **Joseph Harry Weiss**
  jweiss@weisslurie.com,infony@weisslurie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark C. Holscher
Kirkland &Ellis LLP (LA)
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017

New Jersey Carpenters Annuity And Pension Funds
,
```