UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                                :   No. 08 Civ. 2495 (GEL)
IN RE SOCIÉTÉ GÉNÉRALE           :
SECURITIES LITIGATION             :   **NOTICE OF APPEARANCE**
                                                :
---------------------------------------------------x

**PLEASE TAKE NOTICE** that James S. Notis of Gardy & Notis, LLP hereby appears as co-counsel for movant New Jersey Carpenters Annuity and Pension Funds in the above-captioned action.

Dated: July 21, 2008

                                              **GARDY & NOTIS, LLP**

                                              By:   s/James S. Notis
                                                     James S. Notis
                                        440 Sylvan Avenue, Suite 110
                                        Englewood Cliffs, New Jersey 07632
                                        Tel: 201-567-7377
                                        Fax: 201-567-7337

                                        *Co-Counsel for movant New Jersey*
                                        *Carpenters Annuity and Pension Funds*

## CERTIFICATE OF SERVICE

  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system as follows:

Elizabeth Ann Berney
(eberney@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**.

*Counsel for plaintiff Phillip Barkett, Jr. and movant Oklahoma Firefighters Pension and Retirement System*

Joseph H. Weiss
(jweiss@weisslurie.com)
**WEISS & LURIE**

*Counsel for movant Harold Oberkotter*

Ira M. Press
(ipress@kmllp.com)
**KIRBY MCINERNEY LLP**

*Counsel for movant Police and Fire Retirement System of the City of Detroit*

Kent A. Bronson
(kbronson@milberg.com)
**MILBERG LLP**

*Counsel for movant New Jersey Carpenters Annuity And Pension Funds*

Randi D. Bandman
(randib@csgrr.com)
David A. Rosenfeld
(drosenfeld@csgrr.com)
Samuel H. Rudman
(srudman@csgrr.com)
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

*Counsel for movant Boilermaker-Blacksmith Nationall Pension Fund, United Food Commercial Workers Union Local 880 - Retail Food Employers Joint Pension Fund, United Food and Commercial Workers Union-Employer Pension Fund and Vermont Pension Investment Committee*

Joseph Serino, Jr.
(jserino@kirkland.com)
Robert S. Cohen
(rcohen@kirkland.com)
**KIRKLAND & ELLIS LLP**

*Counsel for defendant Robert A. Day*

                s/James S. Notis
                 JAMES S. NOTIS