AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

In re SOCIETE GENERALE
SECURITIES LITIGATION

**APPEARANCE**

Case Number: 08 Civ. 2495 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Société Générale

Daniel Bouton

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/28/2008 | *[signature]* |
| Date | Signature |
| | George A. Zimmerman    GZ6129 |
| | Print Name    Bar Number |
| | Four Times Square |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 735-3000    (212) 735-2000 |
| | Phone Number    Fax Number |