AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

In re SOCIETE GENERALE SECURITIES LITIGATION

**APPEARANCE**

Case Number: 08 Civ. 2495 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Société Générale

Daniel Bouton

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/28/2008 | *(signature)* |
| Date | Signature |
| | Scott D. Musoff — SM2965 |
| | Print Name — Bar Number |
| | Four Times Square |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 735-3000 — (212) 735-2000 |
| | Phone Number — Fax Number |