AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

In re SOCIETE GENERALE
SECURITIES LITIGATION

**APPEARANCE**

Case Number: 08 Civ. 2495 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Société Générale

Daniel Bouton

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/28/2008 | *signature* |
| Date | Signature |
| | Bryan Levine — BL0673 |
| | Print Name — Bar Number |
| | Four Times Square |
| | Address |
| | New York, NY 10036 |
| | City / State / Zip Code |
| | (212) 735-3000 / (212) 735-2000 |
| | Phone Number / Fax Number |