UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
In re SOCIÉTÉ GÉNÉRALE SECURITIES : 08 Civ. 02495 (GEL)
LITIGATION :
            :
            :
            :
————————————————————— x

NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFF VERMONT PENSION
INVESTMENT COMMITTEE TO ADMIT COUNSEL *PRO HAC VICE* AND
DECLARATION OF RANDI D. BANDMAN IN SUPPORT THEREOF

PLEASE TAKE NOTICE upon the annexed declaration of Randi D. Bandman, and the Certificate of Good Standing attached thereto, lead plaintiff Vermont Pension Investment Committee moves this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern District of New York, that Sean K. Collins, a member of the Bar of the State of California, and an associate at the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, be admitted *pro hac vice* for all purposes on behalf of lead plaintiff in this action. There are no pending disciplinary proceedings against Sean K. Collins in any state or federal court.

DATED: August 6, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
RANDI D. BANDMAN

/s/ Randi D. Bandman
RANDI D. BANDMAN

SDNY Bar No. RB7278
52 Duane Street, 7th Floor
New York, NY 10007
Telephone: 212/693-1058
212/693-7423 (fax)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Lead Plaintiff

S:\CasesSD\Societe Generale_SocGen\MOT00052883_Pro Hac Collins.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
In re SOCIÉTÉ GÉNÉRALE SECURITIES    :    08 Civ. 2495 (GEL)
LITIGATION                           :
                                     :
                                     :
                                     :
——————————————————— x

DECLARATION OF RANDI D. BANDMAN

I, Randi D. Bandman, declare as follows:

1. I am a member in good standing of the bar of this Court and a partner at Coughlin Stoia Geller Rudman & Robbins LLP. I make this declaration in support of lead plaintiff Vermont Pension Investment Committee's Motion to Admit Counsel *Pro Hac Vice* (the "Motion"), pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern District of New York, that Sean K. Collins be admitted *pro hac vice* for all purposes on behalf of lead plaintiff in this action.

2. I have known Sean K. Collins since 2006.

3. Sean K. Collins is fully familiar with this action.

4. Sean K. Collins is an attorney in good standing of the Bar of the State of California, as evidenced by the annexed certificate.

5. I respectfully request that the Motion be granted in all respects. A proposed Order is enclosed herewith.

I declare under penalty of perjury under the laws of the State of New York, that the foregoing is true and correct. Executed this 6th day of August, 2008, at New York, New York.

RANDI D. BANDMAN (RB7278)

S:\CasesSD\Societe Generale_SocGen\DEC00052885_Pro Hac Collins.doc

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Sean K. Collins, Bar No. 255198

was duly admitted to practice in this Court on      February 28, 2008

standing as a member of the Bar of this Court.

Dated at Los Angeles, California.

on   July 24, 2008
         *DATE*

SHERRI R. CARTER, CLERK

By _____
      Lupe Thasher, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re SOCIÉTÉ GÉNÉRALE SECURITIES    :   08 Civ. 2495 (GEL)
LITIGATION                            :
                                      :
                                      :
                                      :
---------------------------------------- x

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion on consent of lead plaintiff Vermont Pension Investment Committee pursuant to Rule 1.3(c) of the local Civil Rules of the Southern District of New York, for an order admitting Sean K. Collins *pro hac vice* for all purposes on behalf of lead plaintiff in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____    _____
THE HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of New York, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 52 Duane Street, 7th Floor, New York, New York 10007.

2. That on August 7, 2008, declarant served the **NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFF VERMONT PENSION INVESTMENT COMMITTEE TO ADMIT COUNSEL** *PRO HAC VICE* **AND DECLARATION OF RANDI D. BANDMAN IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE* by depositing a true copy thereof in a United States mailbox at New York, New York in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August, 2007, at New York, New York.

_____
JAMIE M. EAGEN

SOCIETE GENERALE

Service List - 8/6/2008     (08-0049)

Page 1 of 2

**Counsel For Defendant(s)**

Joseph Serino, Jr.
Mark Holscher
Kirkland & Ellis LLP
Citicorp Center, 153 East 53rd Street
New York, NY  10022-4675
  212/446-4800
  212/446-4900 (Fax)

Scott D. Musoff
Bryan J. Levine
George A. Zimmerman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
  212/735-3000
  212/735-2000 (Fax)

**Counsel For Plaintiff(s)**

Elizabeth A. Berney
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
  212/838-7797
  212/838-7745 (Fax)

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
  202/408-4600
  202/408-4699 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Mark C. Gardy
James S. Notis
Gardy & Notis, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ  07632
  201/567-7377
  201/567-7337 (Fax)

Kent Bronson
Milberg LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229 (Fax)

Jules Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
  212/687-7230
  212/490-2022 (Fax)

SOCIETE GENERALE

Service List - 8/6/2008    (08-0049)

Page 2 of 2

Joseph H. Weiss
James E. Tullman
Richard A. Acocelli

Weiss & Lurie

551 Fifth Avenue, Suite 1600

New York, NY  10176

   212/682-3025
   212/682-3010(Fax)