UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

8/14/08

———————————————————— x
In re SOCIÉTÉ GÉNÉRALE SECURITIES   :   08 Civ. 2495 (GEL)
LITIGATION                          :
                                    :
                                    :
                                    :
———————————————————— x

[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion on consent of lead plaintiff Vermont Pension Investment Committee pursuant to Rule 1.3(c) of the local Civil Rules of the Southern District of New York, for an order admitting Michael F. Ghozland *pro hac vice* for all purposes on behalf of lead plaintiff in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _Aug. 14, 2008_    _____
THE HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE