UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Societe Generale Securities Litigation | Case No.:  1:08-CV-2495(GEL)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendant Robert A. Day.  I certify that I am admitted to practice in this court.

Dated:  August 20, 2008

       s/ Mark Holscher
Mark Holscher (XXXXXX)

KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone:    (213) 680-8400
Facsimile:     (213) 680-8500
mholscher@kirkland.com

Attorney for Defendant Robert A. Day