**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE SOCIÉTÉ GÉNÉRALE SECURITIES : 08 Civ. 2495 (RMB)
LITIGATION :
------------------------------------------------------------x **ADMINISTRATIVE ORDER**

The status conference in the above-captioned action, previously scheduled for November 4, 2009, at 9:30 a.m., is rescheduled to November 10, 2009, at 10:15 a.m.

**SO ORDERED.**

Dated: New York, New York
October 27, 2009

_____
**RICHARD M. BERMAN, U.S.D.J.**