

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS**

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • ATLANTA
LOS ANGELES • PHILADELPHIA

Samuel H. Rudman
SRudman@csgrr.com

# MEMO ENDORSED

November 17, 2009

<u>VIA HAND DELIVERY</u>

The Honorable Richard M. Berman
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
Courtroom 21B
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/09

Re:   *In re Societe Generale Securities Litigation*, No. 08-CV-2495-(RMB)

Dear Judge Berman:

Pursuant to the Court's November 10, 2009 minute order, lead plaintiffs intend to file an amended complaint in the above-referenced matter on or before January 8, 2010.

In light of lead plaintiffs' decision to amend the complaint, we would request that the status conference currently scheduled for November 24, 2009 at 9:30 a.m., be adjourned to a later date. After Defendants have received the amended complaint, the parties will confer about any motion practice and appropriate briefing schedule and submit it to the Court for approval.

Respectfully Submitted,

SAMUEL H. RUDMAN

SHR:jme
cc:   All defense counsel of record (via email and regular mail)

Conference is adjourned to 1/13/10 at 9am.

SO ORDERED:
Date: 11/18/09
Richard M. Berman, U.S.D.J.

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com