**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------x

| | |
|---|---|
| IN RE SOCIÉTÉ GÉNÉRALE SECURITIES LITIGATION | 08 Civ. 2495 (RMB)<br><br>**Electronically filed**<br><u>**ECF Case**</u> |

------------------------------x

### NOTICE OF MOTION TO DISMISS THE SECOND AMENDED AND CONSOLIDATED COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Second Amended and Consolidated Complaint ("Complaint") in the above-captioned action; the accompanying Memorandum of Law in Support of the Motion of Defendants Société Générale, Daniel Bouton, Philippe Citerne, Didier Alix, Jean-Pierre Mustier, and Robert A. Day ("Defendants") to Dismiss the Complaint, dated April 15, 2010; the accompanying Declaration of Scott D. Musoff, dated April 15, 2010, and the exhibits thereto; the accompanying declaration of Gérard Gardella, dated December 17, 2008, and upon all of the pleadings and proceedings previously had herein, Defendants will move this Court before the Honorable Richard M. Berman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order pursuant to Rules 9(b), 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing the Complaint with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       April 15, 2010

By: _____/s/ Scott D. Musoff_____
Scott D. Musoff
(scott.musoff@skadden.com)
George A. Zimmerman
(george.zimmerman@skadden.com)
Bryan Levine
(bryan.levine@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Société Générale, Daniel Bouton, Philippe
Citerne, Didier Alix and Jean-Pierre Mustier

By: _____/s/ Mark Holscher_____
Mark Holscher
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, California 90071
(213) 680 8400

Joseph Serino, Jr.
(joseph.serino@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446 4800

Attorneys for Defendant Robert A. Day

TO:

Theodore J. Pintar, Esq.
COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Lead Counsel For Plaintiffs**