Scott D. Musoff
George A. Zimmerman
Bryan Levine
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-3000

Attorneys for Defendants
Société Générale, Daniel Bouton,
Jean-Pierre Mustier, Philippe Citerne
and Didier Alix

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE SOCIÉTÉ GÉNÉRALE SECURITIES     :     08 Civ. 2495 (RMB)
LITIGATION
                                       :
                                       :     **Electronically filed**
                                       :     <u>**ECF Case**</u>
                                       :
                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SCOTT D. MUSOFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS <u>THE SECOND AMENDED AND CONSOLIDATED COMPLAINT</u>

SCOTT D. MUSOFF, under penalty of perjury, declares as follows:

1.   I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Société Générale, Daniel Bouton, Jean-Pierre Mustier, Philippe Citerne, and Didier Alix (collectively the "Société Générale Defendants").

2.   I submit this declaration in support of the Motion of the Société Générale Defendants and Defendant Robert A. Day to Dismiss ("Motion") the Second Amended and Consolidated Complaint ("SAC"), and to transmit to the Court true and correct copies of the following documents that this Court may consider in connection with its determination of the Motion:

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Société Générale, 2007 Registration Document (March 6, 2007) (excerpts) (referenced in SAC ¶¶ 143 – 147). |
| 2 | Société Générale, Second Update to the 2007 Registration Document (August 31, 2007) (excerpts). |
| 3 | Remarks of John C. Dugan, Comptroller of the Currency, Before the Global Association of Risk Professionals (February 27, 2008). |
| 4 | Société Générale, Third Quarter and 9 Month 2007 Results (November 7, 2007) (excerpts). |
| 5 | Speech to the Federal Reserve Bank of Philadelphia, William C. Dudley, Executive Vice President, Federal Reserve Bank of New York (October 17, 2007). |
| 6 | Société Générale, Press Release (January 24, 2008) (referenced in SAC ¶ 184). |
| 7 | Presentation to Town Hall Los Angeles, Janet L. Yellen, President and CEO, Federal Reserve Bank of San Francisco, March 23, 2010. |
| 8 | Writedowns and Credit Losses vs. Capital Raised, Bloomberg, (last updated March 26, 2010). |
| 9 | Société Générale, General Inspection Department, Mission Green: Summary Report (May 20, 2008) (excerpts) (referenced in SAC ¶¶ 271 – 278). |
| 10 | Jian Hu, Structured Finance CDO Ratings Surveillance Brief: September 2007, Moody's Investors Service (October 23, 2007). |
| 11 | Société Générale, 2006 Registration Document (March 9, 2006) (excerpts) (referenced in SAC ¶¶ 130 – 132). |
| 12 | Société Générale, 2008 Registration Document (March 3, 2008) (excerpts) (referenced in SAC ¶¶ 364, 430). |
| 13 | Nicolas Cori, Scandale: Société Générale rempile, Libération.fr, August 7, 2009 (French and Google translated English versions) (referenced in SAC ¶ 268). |
| 14 | Rodney Yap & Dave Pierson, Banks' Subprime Market-Related Losses, Top $815 Billion: Table, Bloomberg.com, February 9, 2009. |
| 15 | Randall Mikkelsen & Rachelle Younglai, CORRECTED-UPDATE 3 – US probes stock sales of Socgen director-WSJ, Reuters.com, February 4, 2008. |

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2010.

      /s/ Scott D. Musoff

SCOTT D. MUSOFF

3